# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| AZAEL DYTHIAN PERALES, | ) | |
| | ) | |
| PETITIONER | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:11-CV-468-DBH |
| | ) | |
| UNITED STATES ET AL., | ) | |
| | ) | |
| RESPONDENTS | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 30, 2011, the United States Magistrate Judge filed with the court, with copies to the petitioner, her Recommended Decision. The time within which to file objections expired on December 27, 2011, and no objection has been filed. The Magistrate Judge notified the petitioner that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petitioner's application to proceed *in forma pauperis* is **DENIED** and the petition is **DISMISSED** as frivolous. Continued filing of frivolous lawsuits in this jurisdiction will result in the imposition of sanctions. Accordingly, I place Azael Dythian Perales on **NOTICE** that filing restrictions "may be in the offing." Cok v. Family Court of Rhode Island, 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary order" of which Cok speaks. Id. Groundless and inappropriate filings will not be tolerated.

SO ORDERED.

DATED THIS 13TH DAY OF JANUARY, 2012

/S/D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE